UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE LLC, a New York limited liability company,<br><br>Defendant. | **Case No.: 23-cv-4735 (ENV) (LGD)** |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT**

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant, Publishers Clearing House LLC, respectfully and jointly move the Court for entry of the attached Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief. In support of this motion, the parties state as follows:

1. On June 26, 2023, the FTC filed a Complaint for Permanent Injunction, Monetary Relief, and Other Relief against Defendant pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. ¶¶ 53(b) and 57b.

2. The FTC and Defendant, having been represented by counsel and acting by and through such counsel, have consented to the entry of a proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief, attached as Exhibit 1 hereto, without a trial or adjudication of any issue of law or fact.

3. Entry of this Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief would resolve this matter in full, except that the Court would retain jurisdiction for

the purpose of enforcement of the Order.

WHEREFORE, the parties respectfully move this Court to enter the attached Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief.

Dated: June 27, 2023

Respectfully submitted,

SAVVAS S. DIACOSAVVAS
FEDERAL TRADE COMMISSION
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel.: 212-607-2809
Fax: 212-607-2822
Email: sdiacosavvas@ftc.gov

MIRY KIM
ELSIE B. KAPPLER
JOSH DOAN
FEDERAL TRADE COMMISSION
Division of Marketing Practices
Bureau of Consumer Protection
600 Pennsylvania Ave., N.W., CC-6316
Washington, DC 20580
Tel.: 202-326-3622 (MK)
Tel.: 202-326-2466 (EBK)
Tel.: 202-326-3187 (JD)
Fax: 202-326-3395
Email: mkim@ftc.gov
Email: ekappler@ftc.gov
Email: jdoan@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

LINDA A. GOLDSTEIN
VICTORIA RUTHERFURD
LAUREN LYSTER
BAKER & HOSTETLER LLP

45 Rockefeller Plaza
New York, NY 10111
Tel.: 212-589-4206 (LAG)
Tel.: 212-589-4683 (VR)
Tel.: 212-589-7036 (LL)
Fax: 212-589-4201
Email: lgoldstein@bakerlaw.com
Email: vrutherfurd@bakerlaw.com
Email: llyster@bakerlaw.com

Attorneys for Defendant
PUBLISHERS CLEARING HOUSE LLC